IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EDWARD R. BRUSH ) | Case No.: 0232995 F |
| MARY PATRICIA BRUSH ) | JUDITH FITZGERALD |
| ) | |
| Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | Document #_____ |
| ) | |
| Movant ) | |
| vs. ) | |
| ) | |
| No Respondents. ) | |

TRUSTEE'S APPLICATION FOR APPROVAL OF FINAL REPORT
OF COMPLETION OF CHAPTER 13 PLAN

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents as follows.

1. The plan was confirmed in this Chapter 13 case, and the undersigned has served as Trustee.
2. Following a final examination of the terms of the Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case, the Trustee certifies that the estate has been fully administered, and now recommends that the Court treat this Chapter 13 case as having been completed.
3. Attached hereto please find the Trustee's final report of receipts and disbursements in this case.
4. After all distribution checks have been negotiated, the Trustee's office will file a certificate that the estate has been fully administered and requesting the entry of a final decree.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order as follows:
(a) Accepting the final report and account of the Trustee, after notice to creditors with an opportunity to object;
(b) Determining that the Chapter 13 plan has been completed and is binding on all creditors;
(c) Directing the Clerk of Bankruptcy Court to issue a discharge and closing this case administratively, while retaining jurisdiction over the Trustee's certification that the estate has been fully administered, at which time a final decree would be entered.

Aug 27, 2008

Respectfully submitted,
/s/ Ronda J. Winnecour
Ronda J. Winnecour PA ID #30399
Chapter 13 Trustee

3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD R. BRUSH
MARY PATRICIA BRUSH

    Debtor(s)

Ronda J. Winnecour, Trustee,

    Movant
vs.

No Respondents.

Case No.: 0232995 F
JUDITH FITZGERALD

Document #_____

ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND
ADMINISTRATIVELY CLOSING CASE

    AND NOW, this _____ day of _____, 20___, upon consideration of the Chapter 13 Trustee's final report and account as well as the Trustee's recommendation that this Court find that the Chapter 13 plan has been completed and following notice to the creditors and opportunity to be heard, it is hereby ORDERED, ADJUDGED and DECREED, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed and the debtor(s) is/are entitled to and shall receive a discharge pursuant to Section 1328(a) of the Bankruptcy Code.

    (2) If not previously provided in the Order of Confirmation of Plan, property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

    (3) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for by the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the date of the Trustee's last distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (4) The wage attachment(s) issued in this case is/are immediately terminated and the debtor shall serve a copy of this Order on the employer(s) (or the Debtor may file separate motion(s) to stop the attachments).

    (5) After all distribution checks have been finally negotiated or deposited in the registry of the clerk, the Trustee shall file and serve on Debtor, Debtor's counsel and the United States Trustee a certificate to that effect. This case is, upon discharge, administratively closed. However, the Court retains jurisdiction over the Trustee's certification of distributed funds The Trustee's Final Accounting is hereby APPROVED. The Trustee is deemed discharged from her duties in this case, and this case shall be deemed CLOSED without further order of Court.

                                     BY THE COURT:

                                     _____
                                     U.S. BANKRUPTCY JUDGE

```
              IN THE UNITED STATES  BANKRUPTCY COURT
                 WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   EDWARD R. BRUSH and MARY PATRICIA BRUSH        CASE NO. 02-32995F
   2919 MYER BOULEVARD                            JUDGE JUDITH FITZGERALD

   MCKEESPORT PA              15132-0000
   a/k/a                                          DATE: 08/27/08
         Debtor(s)


-------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT
                         AND ACCOUNT
-------------------------------------------------------------------------
       RONDA J. WINNECOUR        , Trustee for the above case, submits the following
final  report and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

    1. The case was filed on 11/26/02 and confirmed on 08/04/03.
The case was subsequently COMPLETED

    2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$ 186623.00 .

    3. The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | NOT FILED | .00 | .00 | .00 | .00 |
| AMERICAN EXPRESS CENTURION | UNSECURED | 3866.97 | 3866.97 | .00 | .00 |
| AMERICAN HONDA FINANCE CORP | NOT FILED | .00 | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE CORP | PRIORITY | 5454.00 | 5454.00 | .00 | .00 |
| AMERICAN HONDA FINANCE CORP | NOT FILED | .00 | .00 | .00 | .00 |
| AT & T INC* | NOT FILED | .00 | .00 | .00 | .00 |
| BANK 1/divJPMORGAN CHASE BN | NOT FILED | .00 | .00 | .00 | .00 |
| CAPITAL ONE, AN AFFILIATE O | UNSECURED | 2108.42 | 2108.42 | .00 | .00 |
| CHASE/JPMORGAN CHASE* | NOT FILED | .00 | .00 | .00 | .00 |
| CITIBANK*/CHOICE | NOT FILED | .00 | .00 | .00 | .00 |
| CITIBANK*/CHOICE | NOT FILED | .00 | .00 | .00 | .00 |
| CITIBANK*/CHOICE | NOT FILED | .00 | .00 | .00 | .00 |
| CITIBANK*/CHOICE | NOT FILED | .00 | .00 | .00 | .00 |
| CITIBANK/UNIVERSAL CARD SVC | NOT FILED | .00 | .00 | .00 | .00 |
| CITIMORTGAGE/CITICORP MRTG/ | MORTGAGE | 7435.78 | 7435.78 | 1109.30 | .00 |
| CITIMORTGAGE/CITICORP MRTG/ | HOME MORT | 7534.91 | 7534.91 | .00 | .00 |
| Clerk, U S Bankruptcy Court | Unclaimed | 5617.00 | 5617.00 | 3104.78 | .00 |
| DENNIS J SPYRA ESQ | Original | 2000.00 | 2000.00 | .00 | .00 |
| DIRECT MRCHNTS CRDT CRD BNK | NOT FILED | .00 | .00 | .00 | .00 |
| DISCOVER BANK* | UNSECURED | 8400.08 | 8400.08 | .00 | .00 |
| DISCOVER BANK* | UNSECURED | 6980.73 | 6980.73 | .00 | .00 |
| DISCOVER BANK* | UNSECURED | 7920.25 | 7920.25 | .00 | .00 |
| DUQUESNE LIGHT CO** | NOT FILED | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4166.37 | 4166.37 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3785.08 | 3785.08 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 9916.93 | 9916.93 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3013.39 | 3013.39 | .00 | .00 |
| ECAST SETTLEMENT CORP | NOT FILED | .00 | .00 | .00 | .00 |
| EQUITABLE GAS COMPANY** | NOT FILED | .00 | .00 | .00 | .00 |
| ERICH M RAMSEY | NOT FILED | .00 | .00 | .00 | .00 |

| | | | | | |
|---|---|---|---|---|---|
| FASHION BUG | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST USA BANK++ | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST USA BANK++ | NOT FILED | .00 | .00 | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| GECC/ LOWE'S | NOT FILED | .00 | .00 | .00 | .00 |
| GMAC | NOT FILED | .00 | .00 | .00 | .00 |
| GMAC | PRIORITY | 4608.00 | 4608.00 | .00 | .00 |
| GMAC | NOT FILED | .00 | .00 | .00 | .00 |
| HURLEY STATE BANK/ASSIGNEE | NOT FILED | .00 | .00 | .00 | .00 |
| HURLEY STATE BANK/ASSIGNEE | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| Internal Revenue Service* | PRIORITY | 4691.07 | 4691.07 | .00 | .00 |
| Internal Revenue Service* | UNSECURED | 55.77 | 55.77 | .00 | .00 |
| JCPENNEY CO INC/MONOGRAM* | NOT FILED | .00 | .00 | .00 | .00 |
| JUDITH T ROMANO ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| KAUFMANNS* | UNSECURED | 181.03 | 181.03 | .00 | .00 |
| KOHLS DEPARTMENT STORE | UNSECURED | 380.16 | 380.16 | .00 | .00 |
| LAZARUS | NOT FILED | .00 | .00 | .00 | .00 |
| LAZARUS | NOT FILED | .00 | .00 | .00 | .00 |
| MCCALLA RAYMER PADRICK ET A | NOT FILED | .00 | .00 | .00 | .00 |
| PEOPLES BANK | UNSECURED | 10390.10 | 10390.10 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4627.27 | 4627.27 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7052.98 | 7052.98 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3936.75 | 3936.75 | .00 | .00 |
| RUSSELL R SANDERS ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| S JAMES WALLACE ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| SALLIE MAE GUARANTY SVCS IN | NOT FILED | .00 | .00 | .00 | .00 |
| SALLIE MAE GUARANTY SVCS IN | NOT FILED | .00 | .00 | .00 | .00 |
| SALLIE MAE GUARANTY SVCS IN | NOT FILED | .00 | .00 | .00 | .00 |
| SALLIE MAE GUARANTY SVCS IN | NOT FILED | .00 | .00 | .00 | .00 |
| SALLIE MAE GUARANTY SVCS IN | NOT FILED | .00 | .00 | .00 | .00 |
| SELECT PORTFOLIO SVCG INC/f | MORTGAGE | .00 | 36224.00 | .00 | .00 |
| SHERMAN ACQUISITION LLC | UNSECURED | 147.19 | 147.19 | .00 | .00 |
| SHERMAN ACQUISITION LLC | UNSECURED | 236.29 | 236.29 | .00 | .00 |
| SHERMAN ACQUISITION LLC | UNSECURED | 273.81 | 273.81 | .00 | .00 |
| U S DEPT OF EDUCATION | UNSECURED | 1262.70 | 1262.70 | 50.60 | .00 |
| WAL MART | NOT FILED | .00 | .00 | .00 | .00 |

4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | 14970.69 | 20370.07 | 78702.27 | 36224.00 | 150267.03 |
| PRINCIPAL PAID | 14970.69 | 20370.07 | 78702.27 | 36224.00 | 150267.03 |
| INTEREST PAID | 1109.30 | 3104.78 | 50.60 | .00 | 4264.68 |

5. Costs of administration:
The clerk was paid $      .00  through the plan for the filing fee.
The debtor's attorney was allowed $   2000.00 and was paid $   2000.00 .
The Trustee was paid $   4565.42  pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $   25525.87 .

Postpetition arrearages on mortgages, if any, have been computed by the Trustee but are not listed on this Final Accounting form.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Ronda J. Winnecour

xc: EDWARD R. BRUSH
    DENNIS J SPYRA ESQ
    1711 LINCOLN WAY
    WHITE OAK PA
    15131-0000

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
SUITE 3250 US STEEL TWR
PITTSBURGH PA 15219-0000
(412) 471-5566

!&FRA&!